

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 11 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LAUREN MARLO SMITH,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>CALIFORNIA CONVALESCENT HOSPITAL OF PASADENA, doing business as The Californian and BELLEFONTAINE HEALTHCARE CENTER, doing business as The Californian Pasadena Healthcare,<br><br>　　　　Defendants - Appellees. | No. 25-3763<br><br>D.C. No. 2:24-cv-10474-JGB-SP<br>Central District of California, Los Angeles<br><br>ORDER |

It appears that this appeal may be frivolous. If the appeal is frivolous, the court will deny permission to proceed in forma pauperis and dismiss the appeal. *See* 28 U.S.C. § 1915(e)(2).

*Within 35 days*, appellant must:

(1) file a statement explaining why the appeal is not frivolous, OR

(2) file a motion to voluntarily dismiss the appeal, *see* Fed. R. App. P. 42(b).

If appellant files a statement explaining why the appeal is not frivolous, or any other response other than a motion to dismiss, the court will determine whether the appeal is frivolous. If it is frivolous, the appeal will be dismissed. If it is not frivolous, the appeal will proceed.

Briefing is stayed.

If appellant does not respond to this order, the court may dismiss this appeal without further notice.

The clerk will serve on appellant: (1) a form motion to voluntarily dismiss the appeal, and (2) a form statement that the appeal should go forward.

> FOR THE COURT:
>
> MOLLY C. DWYER
> CLERK OF COURT